# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2018

## NO. 03-18-00098-CV

**Chioma Okoro, Appellant**

**v.**

**Robert Ceresa and Colette Burnette, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final order signed by the district court on January 30, 2018. Having reviewed the record, the Court holds that Chioma Okoro has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.